IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD RAY AUSTIN,

Petitioner,

v.

CYNTHIA B. AUSTIN,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-491

Opinion filed August 1, 2017.

Petition for Writ of Certiorari – Original Jurisdiction.

Jeanine B. Sasser, Jacksonville, for Petitioner.

Elliot Zisser of Zisser Law, PLLC, Jacksonville, for Respondent.

PER CURIAM.

     DENIED.

LEWIS, ROBERTS, and BILBREY, JJ., CONCUR.